No. 14. Ex parte Suárez.—Appeal from the District Court of San Juan. Decided February 17, 1904. The appeal was declared abandoned by reason of the non-appearance in time of the appellant. *Mr. Castro (Cruz),* for appellant.

---

No. 16. Arruza *v.* Maldonado.—Appeal from the District Court of Ponce. Decided February 24, 1904. The appeal was declared abandoned by reason of the non-appearance of the appellant. *Mr. Casalduc,* for respondent.

---

No. 3. American Colonial Bank *v.* The Registrar of Property.—Appeal in complaint against the Registrar of Property of Caguas. Decided February 26, 1904. Complaint sustained. *Mr. Guzmán Benítez,* for appellant.

---

No. 88. Cerecedo Hermanos & Co. *v.* Gely et al. Appeal from the District Court of San Juan. Decided February 27, 1904. Withdrawn on motion of the appellant. *Messrs. Diaz & Texidor,* for appellants.